ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CRIM 416

- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

        -v.-                     :     NOTICE OF INTENT TO
                                  FILE AN INFORMATION

JOSSLY WILLMORE,                  :

           Defendant.         :

- - - - - - - - - - - - - - - - -x

      PLEASE TAKE NOTICE that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         May ___, 2008

                                      MICHAEL J. GARCIA
                                      United States Attorney

                     By: _____
                          Daniel W. Levy
                          Assistant United States Attorney

AGREED AND CONSENTED TO:

_____
Lawrence F. Ruggiero, Esq.
Attorney for Defendant
Jossly Willmore

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/08
```

5/7/08 WHEEL A