JUDGE JONES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                :     WAIVER OF INDICTMENT

          -v.-                          :     08 Cr. _____ (BSJ)

JOSSLY WILLMORE, a/k/a "Jochi,"               08 CRIM 416

          Defendant.

- - - - - - - - - - - - - - - - -x

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 286, 1028, 1028a, and 1349, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Dated:    New York, New York
          May 12, 2008

                                        _____
                                        Jossly Willmore
                                        Defendant

                                        _____
                                        Witness

                                        _____
                                        Lawrence F. Ruggiero, Esq.
                                        Attorneys for Defendant
                                        Jossly Willmore

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: