```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-23-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                      08 Cr. 416(BSJ)

      -v-

                                                      ORDER

JOSSLY WILLMORE, A/K/A "Jochi",
                      Defendant.
------------------------------------------------------x
BARBARA S. JONES,
UNITED STATES DISTRICT JUDGE

      On June 19, 2008, the Court held an initial pretrial conference in the above captioned case. The Assistant U.S. Attorney and Defense Counsel agreed that on May 12, 2008 at the arraignment before Magistrate Judge Katz the defendant pled not guilty.

      IT IS HEREBY ORDERED, that the Clerk of the Court shall correct the docket sheet to reflect a **Not Guilty** plea on May 12, 2008.

      SO ORDERED.

DATED: New York, New York
           June 23, 2008

                                                _____
                                                BARBARA S. JONES,
                                                UNITED STATES DISTRICT JUDGE